| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ROBERT C. NISENSON, LLC**<br>10 Auer Court<br>East Brunswick, NJ 08816<br>(732) 238-8777<br>Attorneys for Debtor<br>Robert C. Nisenson, Esq.<br>RCN 6680 | Order Filed on April 24, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Erica Harmon | Case No.:     17-15211<br><br>Chapter:     13<br><br>Hearing Date:     04/18/2019<br><br>Judge:     VFP |

### ORDER GRANTING MOTION TO REOPEN CASE

The relief set forth on the following page is **ORDERED**.

**DATED: April 24, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

The Court having reviewed the debtor's Motion to Reopen Case to File Certificate of in support of Discharge
~~Credit Counseling~~, and any related responses or objections, it is hereby

ORDERED that:

1. The debtor's case is reopened.*

2. If the debtor(s) has not already done so, then within 14 days of the date of this order, the debtor(s) must file the *Certificate in Support of Discharge* (if this is a joint case, each debtor must file a separate Certification).

3. If the debtor(s) fails to file the *Certificate of Support of Discharge* within 14 days of the date of this order, the case will be reclosed without entry of the discharge, and without further notice from the Court.

4. The case shall be reviewed for entry of a discharge and reclosing in 21 days.

*for the limited purpose of filing a Certification in support of Discharge.